# United States District Court
# Central District of California

| | |
|---|---|
| COACH, INC.; COACH SERVICES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> RALPHS GROCERY COMPANY; WATCH US, INC.; LOFTY TRADING INCORPORATED; USA TIGER GROUP, INC.; DOES 1–10, inclusive, <br><br> Defendants. | Case No. 2:13-cv-08602-ODW(JCGx) <br><br> **ORDER TO SHOW CAUSE RE. SETTLEMENT** |

In light of the Joint Report (ECF No. 39), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, **no later than Monday, December 22, 2014**, why settlement has not been finalized. No hearing will be held. All other dates and deadlines in this action are **VACATED** and taken off calendar. The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

December 16, 2014

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**